| **Fill in this information to identify the case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF VIRGINIA |
| Case number *(if known)* _____  Chapter  11 |

☐ Check if this is an amended filing

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy        04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| 1. | **Debtor's name** | True Made Foods, Inc. |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 47-3602912 |

| 4. | **Debtor's address** | **Principal place of business**<br><br>5810 Kingstowne Ctr., Suite 120<br>PMB 430<br>Alexandria, VA 22315-5711<br>Number, Street, City, State & ZIP Code<br><br>Fairfax<br>County | **Mailing address, if different from principal place of business**<br><br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>4700 Eisenbower Ave. Alexandria, VA 22304-4806<br>Number, Street, City, State & ZIP Code |
|---|---|---|---|

| 5. | **Debtor's website** (URL) | truemadefoods.com |
|---|---|---|

| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |
|---|---|---|

Debtor  True Made Foods, Inc.                                                              Case number (*if known*)
     Name

**7. Describe debtor's business**  A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**  *Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor   True Made Foods, Inc.                                                    Case number (*if known*)
         Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____
District _____  When _____  Case number, if known _____

**11. Why is the case filed in *this district?***  *Check all that apply:*
■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**
■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)
☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____
☐ It needs to be physically secured or protected from the weather.
☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.   Insurance agency _____
         Contact name _____
         Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**   *Check one:*
■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**
■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**
☐ $0 - $50,000
☐ $50,001 - $100,000
■ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**
☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Debtor  True Made Foods, Inc.                                              Case number (*if known*)
    Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  True Made Foods, Inc.                                    Case number (*if known*)
      Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 30, 2025
              MM / DD / YYYY

**X** /s/ Abraham Kamarck                                  Abraham Kamarck
Signature of authorized representative of debtor            Printed name

Title  CEO

**18. Signature of attorney**

**X** /s/ Steven B. Ramsdell                               Date  October 30, 2025
Signature of attorney for debtor                                  MM / DD / YYYY

Steven B. Ramsdell
Printed name

Tyler, Bartl & Ramsdell, PLC
Firm name

300 N. Washington St.
Suite 310
Alexandria, VA 22314
Number, Street, City, State & ZIP Code

Contact phone  (703) 549-5000    Email address  sramsdell@tbrclaw.com

#33222 VA
Bar number and State

**Fill in this information to identify the case:**

Debtor name: True Made Foods, Inc.

United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 30, 2025       **X** /s/ Abraham Kamarck
                                        Signature of individual signing on behalf of debtor

                                        Abraham Kamarck
                                        Printed name

                                        CEO
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: True Made Foods, Inc.
United States Bankruptcy Court for the: EASTERN DISTRICT OF VIRGINIA
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| American Express P.O. Box 30009 Salt Lake City, UT 84130 | | Line of credit | | | | $106,480.09 |
| AmeriQual/Thermo Pac LLC 4889 Lewis Rd. Stone Mountain, GA 30083 | | Vendor debt | | | | $25,741.00 |
| APEX Marketing and Sales LLC 322 S. 1st St. Rogers, AR 72756 | | Walmart Broker | | | | $13,945.00 |
| Aptar Group, Inc. 7871 Collection Center Dr. Chicago, IL 60693 | | Vendor debt | | | | $33,511.00 |
| Carolina Co-Packing, LLC 860 Commerce Dr. Henderson, NC 27537-7450 | | Manufacturer debt | | | | $12,219.00 |
| Giraffe Foods, Inc. 1774 Drew Rd. ON L5S 1J6 CANADA | | Manufacturer debt | | | | $19,117.00 |
| Headway Capital 4700 W. Daybreak Pkwy. Suite 200 South Jordan, UT 84009 | | Business loan | | | | $69,197.72 |
| Instacart 50 Beale St., Suite 600 San Francisco, CA 94105 | | Advertising | | | | $7,717.00 |

Debtor  True Made Foods, Inc.
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| National Fulfillment Services<br>105 Commerce Dr.<br>Aston, PA 19014 | | Vendor debt | | | | $27,907.00 |
| QuickBooks<br>2700 Coast Ave.<br>Mountain View, CA 94043 | | Business loan | | | | $51,510.95 |
| Ramp Business Corporation<br>28 W. 23rd St., Floor 2<br>New York, NY 10010 | | Credit card | | | | $7,700.00 |
| Rapid Finance<br>4500 East West Hwy., 6th Fl.<br>Bethesda, MD 20814 | | Business loan | | | | $166,152.00 |
| RJW Logistics, LLC<br>Lock Box #235204<br>P.O. Box 85204<br>Chicago, IL 60689-5204 | | Vendor debt | | | | $9,794.00 |
| RPC Containers Ltd.<br>Sallo Rd. Weldon Industrial Es<br>Corby Northants MM17 5JX<br>UNITED KINGDOM | | Vendor debt | | | | $49,128.00 |
| Rupp, Baase, Pfalzgraf, Cunningham LLC<br>1600 Liberty Building<br>Buffalo, NY 14202 | | Vendor debt | | | | $10,704.00 |
| The Promotion in Motion Co.<br>dba Farmer's Choice Food Brand<br>One PIM Plaza<br>Park Ridge, NJ 07656 | | Alleged breach of distributor agreement | Unliquidated Disputed | | | $361,757.34 |
| Thermo Pac LLC<br>1609 Stoneridge Dr.<br>Stone Mountain, GA 30083 | | Vendor debt | | | | $25,741.00 |
| Washington Nationals Baseball Club, LLC<br>1500 S. Capitol St., SE<br>Washington, DC 20003 | | Vendor debt | | | | $18,750.00 |

Debtor  True Made Foods, Inc.
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Weber Gallagher Simpson Stapleton Fires 2000 Market St., Suite 1300 Philadelphia, PA 19103 | | Legal services | | | | $11,525.00 |
| Zipline Logistics P.O. Box 9183431 Chicago, IL 60691-3431 | | Vendor debt | | | | $31,368.00 |

```
84.51
100 W. 5th St.
Cincinnati, OH 45205-2704


Abraham Kamarck
7519 Berwick Ct.
Alexandria, VA 22315


American Express
P.O. Box 30009
Salt Lake City, UT 84130


American Express
P.O. Box 981535
El Paso, TX 79998-1535


AmeriQual/Thermo Pac LLC
4889 Lewis Rd.
Stone Mountain, GA 30083


APEX Marketing and Sales LLC
322 S. 1st St.
Rogers, AR 72756


Aptar Group, Inc.
7871 Collection Center Dr.
Chicago, IL 60693


Bags, LLC
dba Sebago Distribution
65 East Ave.
Lewiston, ME 04240


Berndt CPA LLC
34 Schroeder Ct., Suite 200
Madison, WI 53711


Carolina Co-Packing, LLC
860 Commerce Dr.
Henderson, NC 27537-7450


Cavallaro Foods, LLC
River Valley Foods JR
5881 Court Street Rd.
Syracuse, NY 13206
```

David R. King, Esq.
Herrick, Feinstein LLP
One Gateway Center, 9th Fl.
Newark, NJ 07102


Davidson Specialty Foods, LLC
20-30 Beaver Rd.
Wethersfield, CT 06109


DC Stadium LLC
100 Potomac Ave., SW
Washington, DC 20024


Giraffe Foods, Inc.
1774 Drew Rd.
ON L5S 1J6
CANADA


H-E-B
2045 S. Foster Rd.
San Antonio, TX 78220


Headway Capital
4700 W. Daybreak Pkwy.
Suite 200
South Jordan, UT 84009


InAtom Labs, Inc.
8 The Green, Suite B
Dover, DE 19901


Instacart
50 Beale St., Suite 600
San Francisco, CA 94105


KeHE Distributors, LLC
1245 E. Diehl Rd., Suite 200
Naperville, IL 60563


Liberty Group Collections
154 Addie St.
Pismo Beach, CA 93449

```
Morehouse Foods, Inc.
760 Epperson Dr.
City of Industry, CA 91748


National Fulfillment Services
105 Commerce Dr.
Aston, PA 19014


National Marketshare Group
2155 W. Eighth St.
Cincinnati, OH 45204-2051


Ouiby, Inc.
dba Kickfurther
1 Seneca St.
Buffalo, NY 14203


QuickBooks
2700 Coast Ave.
Mountain View, CA 94043


Rachel Underweiser
217 Green St., Apt. #5A
Brooklyn, NY 11222


Rainforest Distribution Corp.
20 Pulaski St.
Bayonne, NJ 07002


Ramp Business Corporation
28 W. 23rd St., Floor 2
New York, NY 10010


Rapid Finance
4500 East West Hwy., 6th Fl.
Bethesda, MD 20814


Red Gold, LLC
1500 Tomato Country Way
Elwood, IN 46036


RJW Logistics, LLC
Lock Box #235204
P.O. Box 85204
Chicago, IL 60689-5204
```

RPC Containers Ltd.
Sallo Rd. Weldon Industrial Es
Corby Northants MM17 5JX
UNITED KINGDOM


Rupp, Baase, Pfalzgraf,
Cunningham LLC
1600 Liberty Building
Buffalo, NY 14202


Saltbox
169 Madison Ave., Suite 2041
New York, NY 10016


Small Business Administration
14925 Kingsport Rd.
Fort Worth, TX 76155


Small Business Administration
2 North St., Suite 320
Birmingham, AL 35203


Spoiler Alert
131 Dartmouth St., Floor 3
Boston, MA 02116


Sysco Boston
99 Spring St.
Plympton, MA 02367


TGR Logistics
13990 Fir St.
Oregon City, OR 97045


The Promotion in Motion Co.
dba Farmer's Choice Food Brand
One PIM Plaza
Park Ridge, NJ 07656


Thermo Pac LLC
1609 Stoneridge Dr.
Stone Mountain, GA 30083

United Natural Foods, Inc.
313 Iron Horse Way
Providence, RI 02908


Vogt Warehouse
1440 W. 8th St.
Cincinnati, OH 45203


Walmart Inc.
702 SW 8th St.
Bentonville, AR 72716


Washington Nationals
Baseball Club, LLC
1500 S. Capitol St., SE
Washington, DC 20003


Wealth Building Concepts, Inc.
15018 Valerio St.
Van Nuys, CA 91405


Weber Gallagher Simpson
Stapleton Fires
2000 Market St., Suite 1300
Philadelphia, PA 19103


Whole30 (Thirty & Co. Inc.)
4001 S. 600 East, #500
Salt Lake City, UT 84107


Zipline Logistics
P.O. Box 9183431
Chicago, IL 60691-3431

# United States Bankruptcy Court
### Eastern District of Virginia

In re   True Made Foods, Inc.

Debtor(s)

Case No.

Chapter   11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   True Made Foods, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 30, 2025

Date

/s/ Steven B. Ramsdell

Steven B. Ramsdell

Signature of Attorney or Litigant

Counsel for   True Made Foods, Inc.

Tyler, Bartl & Ramsdell, PLC

300 N. Washington St.
Suite 310
Alexandria, VA 22314
(703) 549-5000 Fax:(703) 549-5011
sramsdell@tbrclaw.com